Robert M. Tzall, Esq.
Nevada State Bar No. 13412
Contemporary Legal Solutions
2551 North Green Valley Parkway
Building C, Suite 303,
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com

Eliyahu Babad
Pro Hac Vice
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
Tel: 702-666-0233
ebabad@steinsakslegal.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Fawaz Khouri,<br><br>        Plaintiff,<br><br>   v.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>CKS Prime Investments, LLC a/k/a CKS Prime Investment;<br>Velocity Portfolio Group, Inc.; and<br>CKS Financial, LLC a/k/a CKS Financial,<br><br>        Defendants. | Case No. 2:21-cv-02162-RFB-NJK<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

     Plaintiff Fawaz Khouri ("Plaintiff"), Defendants Equifax Information Solutions, Inc., Experian Information Solutions, Inc., CKS Prime Investments, LLC a/k/a CKS Prime Investment, and Velocity Portfolio Group, Inc. (collectively "the Parties"), by and through their respective counsel, hereby submit this proposed Joint Discovery Plan and Scheduling Order.

     The parties propose the following discovery plan and scheduling order:

        1. Initial disclosures: ………………..... March 16, 2022

        2. Amend pleadings and add parties: ... April 20, 2022

        3. Expert disclosures (initial): ……….. May 20, 2022

    4. Expert disclosures (rebuttal): ……….. June 21, 2022

    5. Discovery cutoff date: …………….. July 19, 2022

    6. Dispositive motions: ………………. August 18, 2022

    7. Pretrial order: ……………………... September 19, 2022

<u>Pretrial Order.</u> If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

<u>Pretrial Disclosures</u>: The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.

<u>Extensions or Modifications of the Discovery Plan and Scheduling Order</u>: Applications to extend any date set by the discovery plan, scheduling order, or other order must comply with the Local Rules.

<u>Protective Order</u>: The parties may seek to enter a stipulated protective order pursuant to Rule 26(c) prior to producing any confidential documents. Any such proposed order must be submitted by April 15, 2022.

<u>Electronic Service</u>: The parties agree that electronic service of discovery or other documents may be used. Such service must be sent to:

    a) for Plaintiff Fawaz Khouri, to

        a. Eliyahu Babad, ebabad@steinsakslegal.com, and

        b. Yolanda Walls, ywalls@steinsakslegal.com

    b) for Defendant Equifax Information Services, LLC, to:

        a. Gia Marina, gmarina@clarkhill.com, and

        b. Joyce Ulmer, julmer@clarkhill.com

    c) for Defendants CKS Prime Investments, LLC a/k/a CKS Prime Investment, and Velocity Portfolio Group, Inc., to:

        a. Justin Penn, jpenn@hinshawlaw.com

    d) for Defendant Experian Information Solutions, Inc., to:

        a. Jennifer Braster, jbraster@nblawnv.com

      b.   Benjamin Gordon, bgordon@nblawnv.com

      c.   Amy Reams, areams@nblawnv.com

   e)   for Defendant CKS Financial, LLC a/k/a CKS Financial:

      a.   Sean P. Flynn, Esq., sflynn@grsm.com

<u>Alternative Dispute Resolution Certification</u>: The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and early neutral evaluation.

The parties have not reached any stipulations at this early stage.

<u>Alternative Forms of Case Disposition Certification</u>: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties were not in agreement and therefore have not reached any stipulations at this stage.

<u>Electronic Evidence:</u>

Electronically stored information: The parties have discussed the retention and production of electronic data. The parties agree that service of discovery by electronic means, including sending original electronic files by email or a link to cloud storage is sufficient. The Parties agree to produce information in PDF or TIFF format to the extent practical. The parties reserve the right to revisit this issue if a dispute or need arises.

Electronic evidence conference certification: The parties at this early stage are unsure if they intend to present evidence in electronic format to jurors for the purposes of jury deliberations at trial. The parties discussed the presentation of evidence for juror deliberations but did not reach any stipulations as to the method as this early stage.

Dated: March 4, 2022

| | |
|---|---|
| **CONTEMPORARY LEGAL SOLUTIONS** <br> /s/ Robert M. Tzall <br> Robert M. Tzall, Esq. <br> 2551 North Green Valley Parkway <br> Building C, Suite 303 <br> Henderson, Nevada 89014 <br> office@contemporarylegalsolutions.com <br><br> **Stein Saks, PLLC** <br> s/ Eliyahu Babad <br> Eliyahu Babad, Esq. <br> One University Plaza, Suite 620 <br> Hackensack, NJ, 07601 <br> (201) 282-6500 x121 <br> EBabad@SteinSaksLegal.com <br> *Pro Hac Vice* <br> *Attorneys for Fawaz Khouri* <br><br> **Gordon Rees Scully Mansukhani, LLP** <br> s/ Sean P. Flynn <br> Sean P. Flynn, Esq. <br> 201 West Liberty Street, Suite 320 <br> Reno, NV  89501 <br> (702) 577-9317 <br> sflynn@grsm.com <br> *Attorneys for CKS Financial, LLC a/k/a CKS Financial* | **CLARK HILL, PLLC** <br> /s/ Gia Marina <br> Gia Marina, Esq. <br> 3800 Howard Hughes Parkway Suite 500 <br> Las Vegas, NV 89169 <br> 702-862-8300 <br> Gmarina@clarkhill.com <br> *Attorneys for Equifax Information Services, LLC* <br><br> **Naylor & Braster Attorneys at Law, PLLC** <br> s/ Benjamin B. Gordon <br> Jennifer L. Braster, Esq. <br> Benjamin B. Gordon, Esq. <br> 1050 Indigo Dr. Ste. 200 <br> Las Vegas, NV 89145 <br> 702-420-7000 <br> jbraster@nblawnv.com <br> bgordon@nblawnv.com <br> *Attorneys for Experian Information Solutions, Inc.* <br><br> **Hinshaw & Culbertson LLP** <br> s/ Justin M. Penn [to seek *pro hac vice* admission] <br> Justin M. Penn, Esq. <br> 151 North Franklin Street, Suite 2500 <br> Chicago, IL 60606 <br> 312-704-3157 <br> jpenn@hinshawlaw.com <br> *Attorneys for CKS Prime Investments, LLC a/k/a CKS Prime Investment; and* <br> *Velocity Portfolio Group, Inc.* |

**SCHEDULING ORDER**

The above-set stipulated Discovery Plan of the parties shall be the Scheduling Order for this action pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____