**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
Michael Ayers, Esq. (NV Bar No. 10851)
michael.ayers@qpwblaw.com
Clark V. Vellis, Esq. (NV Bar 5533)
clark.vellis@qpwblaw.com
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
Telephone: 775-322-4697
Facsimile: 775-322-4698
*Attorneys for Defendants*
*CKS Prime Investments, LLC a/k/a*
*CKS Prime Investment and*
*Velocity Portfolio Group, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| Fawaz Khouri, | Case No. 2:21-cv-2162 |
|---|---|
| Plaintiff, | **DEFENDANTS' CKS PRIME INVESTMENTS, LLC a/k/a CKS PRIME INVESTMENT and VELOCITY PORTFOLIO GROUP, INC.'s CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1** |
| v. | |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; CKS Prime Investments, LLC a/k/a CKS Prime Investment; Velocity Portfolio Group, Inc.; and CKS Financial, LLC a/k/a CKS Financial, | |
| Defendants. | |

Pursuant to L.R. 7.1-1, the undersigned counsel of record for Defendants CKS Prime Investments, LLC a/k/a CKS Prime Investment, and Velocity Portfolio Group, Inc., certifies that the following have an interest in the outcome of this case: Fawaz Khouri, Equifax Information Services, LLC; Experian Information Solutions, Inc.; CKS Prime Investments, LLC a/k/a CKS Prime Investment; Velocity Portfolio Group, Inc.; and CKS Financial, LLC a/k/a CKS Financial.

/ / /

/ / /

/ / /

/ / /

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1 - 1

These representations are made to enable the judges of the Court to evaluate possible disqualifications or recusals.

DATED this 12th day of April, 2022.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: /s/ Michael Ayers
Michael Ayers, Esq. (NV Bar No. 10851)
Clark V. Vellis, Esq. (NV Bar No. 5533)
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
*Attorneys for Defendants*
*CKS Prime Investments, LLC a/k/a*
*CKS Prime Investment and*
*Velocity Portfolio Group, Inc.*

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1 - 2

**CERTIFICATE OF SERVICE**

      I hereby certify I am an employee of Quintairos, Prieto, Wood & Boyer, P.A. that on this date, I served a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1** upon the party below via electronic service through the United States District Court for the District of Nevada's ECF system:

Robert M. Tzall, Esq.
Contemporary Legal Solutions
2551 North Green Valley Parkway
Building C, Suite 303
Henderson, NV  89014
office@contemporarylegalsolutions.com
*Attorneys for Plaintiff*

      DATED this 12th day of April, 2022.

By:   */s/  Christine L. Miller*
       An employee of Quintairos, Prieto,
       Wood & Boyer, P.A.

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED R. CIV. P. 7.1 - 3