1  **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
   Michael Ayers, Esq. (NV Bar No. 10851)
2  michael.ayers@qpwblaw.com
   Clark V. Vellis, Esq. (NV Bar No. 5533)
3  clark.vellis@qpwblaw.com
   200 S. Virginia Street, 8th Floor
4  Reno, Nevada 89501
   Telephone: 775-322-4697
5  Facsimile: 775-322-4698
6  *Attorneys for Defendants*
   *CKS Prime Investments, LLC a/k/a*
7  *CKS Prime Investment and*
   *Velocity Portfolio Group, Inc.*

8

9              **IN THE UNITED STATES DISTRICT COURT**

10                **FOR THE DISTRICT OF NEVADA**

11  Fawaz Khouri,                        | Case No. 2:21-cv-2162-CDS-NJK

12               Plaintiff,              | **DEFENDANTS' JOINT MOTION TO
                                         | EXTEND THE DEADLINES**
13          v.                           | **[First Request]**

14  Equifax Information Services, LLC; Experian
    Information Solutions, Inc.; CKS Prime
15  Investments, LLC a/k/a CKS Prime Investment;
    Velocity Portfolio Group, Inc.; and CKS
16  Financial, LLC a/k/a CKS Financial,

17               Defendants.

18

19         Defendant Experian Information Solutions, Inc., by and through its counsel, Jennifer L.

20  Braster, Esq. and Benjamin B. Gordon, Esq. of Naylor & Braster, Defendant CKS Financial,

21  LLC a/k/a CKS Financial, by and through its counsel Sean P. Flynn, Esq. of Gordon Rees Scully

22  Mansukhani, LLP, and Defendants CKS Prime Investments, LLC a/k/a/ CKS Prime Investment

23  and Velocity Portfolio Group, Inc., by and through their counsel Michael Ayers, Esq. and Clark

24  Vellis, Esq. of Quintairos, Prieto, Wood & Boyer, P.A. ("Defendants" and jointly the "Parties"),

25

26

27

28
    JOINT MOTION TO EXTEND DEADLINES - 1

hereby jointly move to modify the Stipulated Discovery Plan and Scheduling Order (ECF No. 19), entered on March 7, 2022, as follows:[1]

1. Discovery cutoff date: from July 19, 2022 to **November 16, 2022**;

2. Dispositive motions: from August 18, 2022, to **December 16, 2022**; and

3. Pretrial Order from September 19, 2022, to **January 17, 2023**.

Pursuant to LR 26-3, good cause exists to amend the Scheduling Order. The Parties have diligently pursued discovery and are in the process of finalizing all discovery in this action. Moreover, the Parties are seeking to only extend the remaining deadlines.

Pursuant to LR 26-3(a), the Parties propounded written discovery requests, with certain of the responses already having been served, served their Rule 26 disclosures, and are working together to finalize the remaining depositions of the Parties and their representatives. Experian has already noticed Plaintiff's deposition for July 18, 2022. Plaintiff has noticed depositions as well, which are being rescheduled to accommodate witnesses' and counsel's availability.

Pursuant to LR 26-3(b), the Parties request additional time to respond to written discovery requests, conduct any remaining written discovery, and take depositions of the Parties.

Pursuant to LR 26-3(c), the reason the remaining discovery was not complete within the time limits set by the discovery plan have been hindered by cases of COVID-19, location of the parties throughout the United States, and accommodating the schedules of the numerous parties.

Pursuant to LR 26-3(d), the Parties' proposed discovery schedule is listed above.

This Joint Motion is brought in good faith and not for the purposes of delay. This is also the Parties' first request for an extension of these deadlines, as requested above.

/ / /

/ / /

---

[1] Plaintiff has indicated its willingness to extend the discovery deadlines, but only if the expert disclosure deadlines were reopened. Plaintiff has not demonstrated at this juncture good cause for reopening deadlines that have since passed.

JOINT MOTION TO EXTEND DEADLINES - 2

Therefore, the Defendants hereby request that the Court grant this Joint Motion to Extend the Remaining Deadlines.

Dated:  June 27, 2022                                          Dated:  June 27, 2022

**QUINTAIROS,  PRIETO,  WOOD  &**           **NAYLOR  &  BRASTER  ATTORNEYS**
**BOYER, P.A.**                                             **AT LAW, PLLC**


By:  /s/  Michael Ayers                                   By:  /s/  Jennifer L. Braster
       Michael Ayers, Esq.                                      Benjamin B. Gordon, Esq.
       Clark Vellis, Esq.                                        Jennifer L. Braster, Esq.
       200 S. Virginia St., 8th Fl.                            1050 Indigo Dr., Ste. 200
       Reno, NV 89501                                         Las Vegas, NV 89145
       *Attorneys for Defendants CKS Prime*            *Attorneys for Defendants*
       *Investments, LLC a/k/a CKS Prime*             *Experian Information Solutions, Inc.*
       *Investments; and Velocity Portfolio*
       *Group, Inc.*


Dated:  June 27, 2022


**GORDON REES SCULLY**
**MANSUKHANI, LLP**


By:  /s/  Sean P. Flynn
       Sean P. Flynn, Esq.
       1 E. Liberty St., Suite 424
       Reno, NV 89501
       *Attorneys for Defendants CKS*
       *Financial LLC a/k/a CKS Financial*


## AMENDED SCHEDULING ORDER

The above Joint Motion to Extend Deadlines of the Parties shall amend the March 7, 2022, Discovery Plan and Scheduling Order (ECF No. 19) for this action, pursuant to Federal Rule of Civil Procedure 16(b) and Local Rule 16-1.

       DATED:  _____       IT IS SO ORDERED:


       _____
       UNITED STATES MAGISTRATE JUDGE

JOINT MOTION TO EXTEND DEADLINES - 3