**Robert M. Tzall**
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com

**Gia Marina**
Clark Hill PLLC
3800 Howard Hughes Drive, Suite 500
Las Vegas, NV 89169
Tel:  702-862-8300
gmarina@clarkhill.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Fawaz Khouri, | ) Docket No.  2:21-CV-2162-CDS-NJK |
|             Plaintiff, | ) |
|     vs. | ) **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC** |
| Equifax Information Services, LLC; Experian Information Solutions, Inc.; CKS Prime Investments, LLC a/k/a CKS Prime Investment; Velocity Portfolio Group, Inc.; and CKS Financial, LLC a/k/a CKS Financial; | ) |
|             Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Fawaz Khouri ("Plaintiff") and Equifax Information Services, LLC ("Defendant"), by and through their respective counsel of record, that ~~the above-captioned action, including all parties and claims alleged therein, be and hereby~~ is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated:  August 5, 2022

| | |
|---|---|
| /s/*Robert M. Tzall*   <br>Robert M. Tzall, Esq. <br>**Contemporary Legal Solutions, PLLC** <br>*Attorneys for Plaintiff* | */s/ Gia Marina* <br>Gia Marina, Esq. <br>**Clark Hill PLLC** <br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

That all claims alleged as to Defendant Equifax Information Services, LLC only are hereby dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii). Each party to bear their own fees and costs.

DATED August 10, 2022.

_____
**UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th of July, 2022 I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Robert M. Tzall
Office@contemporarylegalsolutions.com
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
(702) 666-0233
(702) 727-8034 Fax
***Counsel for Plaintiffs***