SEAN P. FLYNN (SBN: 15408)
JOSHUA Y. ANG (SBN: 14026)
**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone: (775) 324-9800
Email: sflynn@grsm.com
       jang@grsm.com

Attorneys For: Defendant
CKS Financial, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FAWAZ KHOURI,<br><br>             Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CKS PRIME INVESTMENTS, LLC a/k/a PRIME INVESTMENT; VELOCITY PORTFOLIO GROUP, INC.; and CKS FINANCIAL, LLC a/k/a CKS FINANCIAL,<br><br>             Defendants. | CASE NO.  2:21-cv-02162-RFB-NJK<br><br>**STIPULATION AND ORDER TO WITHDRAW "PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND DEPOSITION" AS TO DEFENDANT CKS ONLY** |

  IT IS HEREBY STIPULATED by and between Defendant CKS Financial, LLC ("CKS") through their attorneys from the firm of Gordon Rees Scully Mansukhani, LLP; and Plaintiff Fawaz Khouri ("Plaintiff") by and through his attorneys from the firm of Stein Saks, PLLC, as follows:

  All discovery issues pertaining to Defendant CKS at issue in "Plaintiff's Motion To Compel Discovery Responses And Deposition"[1] have been resolved.

  THEREFORE, Plaintiff and Defendant CKS jointly request that Order of this Court

---

[1] (ECF No. 38).

-1-

issue withdrawing said motion, only as pertaining to Defendant CKS.

Dated August 23, 2022.    Respectfully submitted:

GORDON REES SCULLY MANSUKHANI LLP.    STEIN SAKS, PLLC

By: *s/Sean P. Flynn*
    Sean Flynn
    Joshua Y. Ang
    1 East Liberty Street, Suite 424
    Reno, NV 89501
    (775) 324-9800

*Attorneys for Defendant*
*CKS Financial, LLC*

By: *s/Eliyahu Babad*
    Eliyahu Babad
    Admitted Pro Hac Vice
    One University Plaza, Suite 620
    Hackensack, NJ 07601

    Robert M Tzall
    Nevada Bar No.
    Contemporary Legal Solutions PLLC
    2551 N Green Valley Pkwy Building C
    Suite 303
    Henderson, NV 89014

*Attorneys for Plaintiff Fawaz Khouri*

IT IS SO ORDERED.

Dated: August 26, 2022

_____
UNITED STATES MAGISTRATE JUDGE

-2-