**Robert M. Tzall**
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
Tel: 702-666-0233
office@contemporarylegalsolutions.com

**Sean Flynn**
Gordon & Rees LLP
1 E. Liberty Street Suite 424
Reno, NV 895001
Tel:  775-467-2610
sflynn@grsm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Fawaz Khouri,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>CKS Prime Investments, LLC a/k/a CKS Prime Investment;<br>Velocity Portfolio Group, Inc.; and<br>CKS Financial, LLC a/k/a CKS Financial;<br>　　　　　Defendant. | Docket No.  2:21-cv-02162-CDS-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO CKS FINANCIAL LLC a/k/a CKS FINANCIAL** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff Fawaz Khouri ("Plaintiff") and CKS Financial, LLC a/k/a CKS Financial ("Defendant"), by and through their respective counsel of record, that the above-captioned action for these parties and claims alleged therein, be and hereby are dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated:  September 7, 2022

/s/*Robert M. Tzall*  
Robert M. Tzall, Esq.  
**Contemporary Legal Solutions, PLLC**  
*Attorneys for Plaintiff*

/s/ *Sean Flynn*  
Sean Flynn  
**Gordon & Rees LLP**  
*Attorneys for Defendant*

ORDER

IT IS HEREBY ORDERED that plaintiff's claims against defendant CKS Financial, LLC a/k/a CKS Financial are dismissed, with prejudice, and each party shall bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: September 22, 2022.

_____  
**HONORABLE CRISTINA D. SILVA**

# CERTIFICATE OF SERVICE

I hereby certify that on this the 7th of September, 2022 I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CKS Financial, LLC a/k/a CKS Financial** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Robert M. Tzall
Office@contemporarylegalsolutions.com
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
(702) 666-0233
(702) 727-8034 Fax
***Counsel for Plaintiffs***

- 3 -