1  **Robert M. Tzall**
2  Contemporary Legal Solutions, PLLC
   2551 N Green Valley Parkway C
3  Suite 303
   Henderson, NV 89014
4  Tel: 702-666-0233
   office@contemporarylegalsolutions.com
5

6                    IN THE UNITED STATES DISTRICT COURT
7                          FOR THE DISTRICT OF NEVADA

8  Fawaz Khouri,                              ) Docket No.  2:21-cv-02162-CDS-NJK
9          Plaintiff,                         )
                                              )
10     vs.                                    ) **STIPULATION AND ORDER OF**
                                              ) **DISMISSAL WITH PREJUDICE AS TO**
11  Equifax Information Services, LLC;        ) **ALL REMAINING DEFENDANTS**
    Experian Information Solutions, Inc.;     )
12  CKS Prime Investments, LLC a/k/a CKS      )
    Prime Investment;                         )
13  Velocity Portfolio Group, Inc.; and       )
    CKS Financial, LLC a/k/a CKS Financial;   )
14          Defendant.
15

16         IT IS HEREBY STIPULATED by and among Plaintiff Fawaz Khouri ("Plaintiff"), CKS

17  Prime Investments, LLC a/k/a CKS Prime Investment ("CKS Prime"), Velocity Portfolio Group,

18  Inc. ("Velocity"), and Experian Information Solutions, Inc. ("Experian"), by and through their

19  respective counsel of record, that the above-captioned action, including all parties and claims

20  alleged therein, be and hereby is dismissed with prejudice in accordance with the Federal Rules of

21  Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

22         Undersigned counsel represent that they are fully authorized by their respective clients to

23  enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated: November 21, 2022

/s/*Robert M. Tzall*
Robert M. Tzall, Esq.
**Contemporary Legal Solutions, PLLC**
*Attorneys for Plaintiff*

/s/Justin M. Penn
Justin M. Penn, Esq.
**Hinshaw & Culbertson, LLP**
*Attorneys for CKS Prime*

/s/*Clark V. Vellis*
Clark V. Vellis, Esq.
**Quintairos, Prieto, Wood & Boyer, P.A.**
*Attorneys for Velocity*

/s/ *Kelly Christine Albright*
Kelly Christine Albright
**Jones Day**
*Attorneys for Experian*

        **IT IS SO ORDERED.**

_____
**HONORABLE JUDGE Cristina D. Silva**

DATED: November 23, 2022